PAGE *against* CADY.

*Certiorari from a Justice's Court.*

TOWNSEND
v.
CHASE.

IN assumpsit, by *Cady* against *Page*, for $10 lent. The jury found a verdict for the plaintiff, for *ten dollars, with interest, from the 14th day of January*, 1817. The Justice computed the interest, amounting to $1,34, and added it to the principal sum, making $11,34, for which he gave judgment; and now this was objected here, as one cause why the judgment should be reversed.

*In assumpsit, a verdict for $10, with interest from such a day, holden good. The court may compute the interest, and render judgment for both that and the principal.*

*J. Vanderpoel*, for the plaintiff in error.

*E. Williams*, for the defendant.

*Per Curiam.* The finding of the jury was certain. The calculation of interest was a mere clerical act. The result of the calculation may be presumed to have been submitted to, and approved of, by the jury. It is as though they had found $10 principal, and $1,34 interest. Such a finding would clearly warrant a judgment for $11,34.

Judgment affirmed.